B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT

for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Ampal - American Israel Corporation | ) | Case No. 12-13689 (SMB) |
| _Debtor_ | ) | |
| | ) | |
| Merhav Ampal Group, Ltd. | ) | |
| fka Merhav-Ampal Energy, Ltd. | ) | Chapter 7 |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 14-2385 (SMB) |
| | ) | |
| Merhav (M.N.F.) Limited and Yosef | ) | |
| A. Maiman | ) | BC 15,0072 |
| _Defendants_ | ) | |

**JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered*:*

1. The Plaintiff is awarded judgment against defendant Merhav (M.N.F.) Limited and defendant Yosef A. Maiman for damages in the amount of $28,085,157, plus additional prejudgment interest of $6,478 per diem from September 15, 2015 until the date of entry of the Judgment, plus post-judgment interest thereafter which shall accrue at the current legal rate allowed under 28 U.S.C. § 1961 as of the date of the Judgment until said Judgment is satisfied.

2. The Plaintiff is further awarded the taxable costs and disbursements of this action as against defendant Merhav (M.N.F.) Limited and defendant Yosef A. Maiman and is entitled to recover the costs and expenses, including reasonable attorneys' fees, incurred in connection with the Complaint, pursuant to a motion to be made under Rule 54(d)(2) of the Federal Rules, as made applicable by Bankruptcy Rule 7054, within thirty (30) days after the entry of Judgment.

Date:  September 21, 2015

Vito Genna
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk