|  |  |
|---|---|
|  | **Settlement Date and Time:** <br> **January 19, 2018 at 12:00 noon** |
| UNITED STATES BANKRUPTCY COURT <br> SOUTHERN DISTRICT OF NEW YORK | **Objection Deadline Date and Time:** <br> **January 18, 2018 at 10:00 a.m.** |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
In re:                                              :   Chapter 7
                                                    :
AMPAL-AMERICAN ISRAEL                               :   Case No. 12-13689 (SMB)
CORPORATION,                                        :
                                                    :
               Debtor.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
MERHAV AMPAL GROUP, LTD. f/k/a                      :   ADV. NO. 14-02385 (SMB)
MERHAV-AMPAL ENERGY, LTD.,                          :
                                                    :
               Plaintiff,                           :
                                                    :
vs.                                                 :
                                                    :
MERHAV (M.N.F.) LIMITED and                         :
YOSEF A. MAIMAN,                                    :
                                                    :
               Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**NOTICE OF SETTLEMENT OF
ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND AND/OR OBJECT TO PLAINTIFF'S DOCUMENT
<u>REQUESTS AND INTERROGATORIES</u>**

**PLEASE TAKE NOTICE** that Merhav Ampal Group, Ltd. f/k/a Merhav-Ampal Energy, Ltd. ("MAG") will present for settlement and signature a proposed order, a copy of which is attached hereto, to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Courtroom 723, New York, New York 10004, on **January 19, 2018 at 12:00 noon (EST)** (the "Settlement Date").

**PLEASE TAKE FURTHER NOTICE**, that objections or proposed counter-orders must be made in writing, filed with the Clerk of the Bankruptcy Court and a courtesy copy delivered to Judge Bernstein Chambers and upon (i) Akerman LLP, counsel to MAG, 666 Fifth Avenue,

43849507;1

20th Floor, New York, New York 10103 (Attention: John P. Campo, Esq.) so as to be received by **10:00 a.m. (EST) on January 18, 2017** (the "Objection Deadline"). Unless an objection is received by the Objection Deadline, the proposed order may be signed and entered on the Settlement Date without further notice or hearing.

Dated: New York, New York
      January 17, 2018

                              AKERMAN LLP

                              By:   */s/Darryl R. Graham*
                                  John P. Campo
                                  Darryl R. Graham
                                  666 Fifth Avenue, 20th Floor
                                  New York, New York 10103
                                  Tel. No. (212) 880-3800
                                  E-Mail: john.campo@akerman.com
                                  E-Mail: darryl.graham@akerman.com

                              *Counsel to Plaintiff Merhav Ampal Group, Ltd.*
                              *f/k/a Merhav-Ampal Energy, Ltd.*

43849507;1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | x : | Chapter 7 |
| AMPAL-AMERICAN ISRAEL CORPORATION, | : : : | Case No. 12-13689 (SMB) |
| Debtor. | : x | |
| MERHAV AMPAL GROUP, LTD. f/k/a MERHAV-AMPAL ENERGY, LTD., | : : : | Adv. No. 14-02385 (SMB) |
| Plaintiff, | : | |
| v. | : : | |
| MERHAV (M.N.F.) LIMITED and YOSEF A. MAIMAN, | : : : | |
| Defendants. | : x | |

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND AND/OR OBJECT TO PLAINTIFF'S DOCUMENT REQUESTS AND INTERROGATORIES

Upon the Motion (the "Motion") by defendants Judgment Debtors Merhav (M.N.F.) Limited and Yosef A. Maiman (the "Judgment Debtors") for an extension of time to respond to plaintiff Merhav-Ampal Group, Ltd. f/k/a Merhav-Ampal Energy, Ltd. (the "Plaintiff")'s December 6, 2017 document requests and interrogatories [**Adv. Doc. No. 161**]; (ii) Plaintiff's response in opposition to the Motion [**Adv. Doc. No. 162**]; and (iii) Judgment Debtors' reply in support of the Motion [**Adv. Doc. No. 163**]; and the Court having reviewed the Motion, the relief requested therein, the response and reply thereto, having considered the arguments of counsel at a hearing held on January 9, 2018 (the "Hearing"), and the Court having jurisdiction to consider the Motion and grant the requested relief (as more fully set forth below); and it appearing that venue of this case is proper; and it appearing that this is a core proceeding pursuant to Section

43849507;1

157(b) of the United States Code; and notice of the Motion having been provided to all interested parties and that no further notice need be given; it is hereby

**ORDERED AND ADJUDGED THAT:**

1. The Motion is **DENIED**;

2. Judgment Debtors shall serve their responses and objections (if any), and responsive documents to Plaintiff's December 6, 2017 document requests and interrogatories on or before January 23, 2018. The Judgment Debtors may serve a single response to the document requests and interrogatories, so long as all document requests and interrogatories are fully responded to by both Judgment Debtors;

3. Judgment Debtors shall appear for deposition in Israel, at the office of Herzog Fox & Neeman in Tel Aviv, Israel, on Tuesday, April 24, and Wednesday, April 25, 2018. The depositions shall commence at 10:00 a.m., shall be taken in English, and shall proceed for not more than seven (7) hours for each Judgment Debtor, excluding breaks, which Judgment Debtor Maiman may request to take during the depositions as required by his medical condition. The depositions shall continue through April 26, 2018, if necessary, provided the fourteen (14) total hours have not been exhausted.

4. Plaintiff has agreed to take Judgment Debtors' depositions in Israel solely as an accommodation to Judgment Debtor Maiman due to his medical condition. However, these depositions shall otherwise proceed as if they were being taken in the United States and they shall be governed by all relevant procedural and evidentiary rules of this Court as if held in the United States, not Israel.

43849507;1

5. Within thirty (30) days of receipt of deposition transcripts, the Judgment Debtors may move for an order requesting that all or portions of the deposition transcripts, and any exhibits attached thereto, be redacted prior to public disclosure, upon proper showing to the Court that such redactions are necessary to protect the Judgment Debtors' legitimate privacy concerns.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
       January ___, 2018

**PROPOSED**

STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

43849507;1